| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | GREGORY S. GILCHRIST (Bar # 111536) |
| 2 | GIA L. CINCONE (Bar # 141668) |
| | Two Embarcadero Center, 8th Floor |
| 3 | San Francisco, California  94111 |
| | Telephone:  (415) 576-0200 |
| 4 | Facsimile:  (415) 576-0300 |
| | Email:  gsgilchrist@townsend.com, glcincone@townsend.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | LEVI STRAUSS & CO. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No.  C-07-3612 MEJ |
| Plaintiff, | |
| v. | **STIPULATED ORDER OF DISMISSAL** |
| POLO RALPH LAUREN CORPORATION, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties, plaintiff Levi Strauss & Co. and defendant Polo Ralph Lauren Corporation, through their undersigned counsel that this action, including all claims, counter-claims and cross-claims, is dismissed with prejudice in its entirety, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

///

///

///

///

///

///

///

1  IT IS FURTHER STIPULATED AND AGREED that each party is to bear its own costs and
2  attorneys' fees.

4  Dated: August 24, 2007

5  TOWNSEND AND TOWNSEND           KELLEY DRYE & WARREN LLP
   AND CREW LLP

7  By: /s/ Gregory S. Gilchrist              By: /s/ John M. Callagy
       Gregory S. Gilchrist                       John M. Callagy
8  Two Embarcadero Center, 8th Floor          101 Park Avenue
   San Francisco, CA 94111                    New York, NY  10178-0002
9  415-576-0200                               212-808-7800
   Attorneys for Levi Strauss & Co.           Attorneys for Polo Ralph Lauren Corporation

12  SO ORDERED THIS _____ DAY OF _____, 2007.

                                           _____
14                                         United States District Judge

16  61133457 v1