1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  gsgilchrist@townsend.com, glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7                    UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  LEVI STRAUSS & CO.,                         Case No.  C-07-3612 MEJ

10                   Plaintiff,
                                               **STIPULATED ORDER OF
11            v.                               DISMISSAL**

12 POLO RALPH LAUREN CORPORATION,

13                   Defendant.

14

15

16

17        IT IS HEREBY STIPULATED AND AGREED by the parties, plaintiff Levi Strauss & Co.

18 and defendant Polo Ralph Lauren Corporation, through their undersigned counsel that this action,

19 including all claims, counter-claims and cross-claims, is dismissed with prejudice in its entirety,

20 pursuant to Rule 41 of the Federal Rules of Civil Procedure.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

1  IT IS FURTHER STIPULATED AND AGREED that each party is to bear its own costs and
2  attorneys' fees.

4  Dated: August 24, 2007

5  TOWNSEND AND TOWNSEND AND CREW LLP                  KELLEY DRYE & WARREN LLP

7  By: /s/ Gregory S. Gilchrist                                         By: /s/ John M. Callagy
       Gregory S. Gilchrist                                                     John M. Callagy
8  Two Embarcadero Center, 8th Floor                   101 Park Avenue
   San Francisco, CA 94111                              New York, NY 10178-0002
9  415-576-0200                                         212-808-7800
   Attorneys for Levi Strauss & Co.                     Attorneys for Polo Ralph Lauren Corporation

12  SO ORDERED THIS __28th__ DAY OF __August_____, 2007.

14  _____
    United States District Judge

16  61133457 v1

*Seal: United States District Court, Northern District of California — signed Judge Maria-Elena James*